# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DR. HADDISH MELAKEBERHAN,

    Plaintiff,

vs.

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.

Case No. 1:25-cv-126

Hon. Hala Y. Jarbou

---

David A. Nacht (P47034)
Grace Cathryn Cretcher
NACHTLAW, P.C.
Attorneys for Plaintiff
501 Avis Drive, Suite 3
Ann Arbor, MI 48108
T: (734) 663-75500
E: dnacht@nachtlaw.com
E: gretcher@nachtlaw.com

Matthew R. Daniels (P75601)
MSU Office of General Counsel
Attorney for Defendants
426 Auditorium Road, Room 494
East Lansing, MI 48823
T: (517) 353-4959
E: danie188@msu.edu

---

## STIPULATION AND ORDER REGARDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

The parties, by and through undersigned counsel, stipulate as follows:

1. The deadline for Defendant, Michigan State University Board of Trustees to respond to Plaintiff's Complaint is extended from Friday, April 18, 2025, to Friday, May 2, 2025.

2. This stipulation does not constitute a waiver of any claim, right, objection, or defense, including all immunity defenses.

IT IS ORDERED that the deadline for Defendant, Michigan State University Board of Trustees to file first responsive pleadings in the above-captioned case is extended to Friday, May 2, 2025.

This order does not prejudice the parties hereto and in no way waives any claim, right, objection or defense, including any and all immunity defenses.

IT IS SO ORDERED.

Dated: _____

                                      Hon. Hala Y. Jarbou

*/s/ David Nacht*

**\*Signed With Permission\***
David A. Nacht (P47034)
Grace Cathryn Cretcher
NACHTLAW, P.C.
Attorneys for Plaintiff
501 Avis Drive, Suite 3
Ann Arbor, MI 48108
T: (734) 663-75500
E: dnacht@nachtlaw.com
E: gretcher@nachtlaw.com

Matthew R. Daniels (P75601)
MSU Office of General Counsel
Attorney for Defendants
426 Auditorium Road, Room 494
East Lansing, MI 48823
T: (517) 353-4959
E: danie188@msu.edu