**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DR. HADDISH MELAKEBERHAN,

    Plaintiff,

vs.

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.

Case No. 1:25-cv-126

Hon. Hala Y. Jarbou

David A. Nacht (P47034)
Grace Cathryn Cretcher
NACHTLAW, P.C.
Attorneys for Plaintiff
501 Avis Drive, Suite 3
Ann Arbor, MI 48108
T: (734) 663-75500
E: dnacht@nachtlaw.com
E: gretcher@nachtlaw.com

Matthew R. Daniels (P75601)
MSU Office of General Counsel
Attorney for Defendants
426 Auditorium Road, Room 494
East Lansing, MI 48823
T: (517) 353-4959
E: danie188@msu.edu

**STIPULATION AND ORDER REGARDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

The parties, by and through undersigned counsel, stipulate as follows:

1.    The deadline for Defendant, Michigan State University Board of Trustees to respond to Plaintiff's Complaint is extended from Friday, April 18, 2025, to Friday, May 2, 2025.

2.    This stipulation does not constitute a waiver of any claim, right, objection, or defense, including all immunity defenses.

IT IS ORDERED that the deadline for Defendant, Michigan State University Board of Trustees to file first responsive pleadings in the above-captioned case is extended to Friday, May 2, 2025.

This order does not prejudice the parties hereto and in no way waives any claim, right, objection or defense, including any and all immunity defenses.

IT IS SO ORDERED.


Dated: April 21, 2025                    /s/ Hala Y. Jarbou
                                         _____
                                         HALA Y. JARBOU
                                         Chief United States District Judge




/s/ David Nacht

_____         _____
**\*Signed With Permission\***          Matthew R. Daniels (P75601)
David A. Nacht (P47034)                  MSU Office of General Counsel
Grace Cathryn Cretcher                   Attorney for Defendants
NACHTLAW, P.C.                           426 Auditorium Road, Room 494
Attorneys for Plaintiff                  East Lansing, MI 48823
501 Avis Drive, Suite 3                  T: (517) 353-4959
Ann Arbor, MI 48108                      E: danie188@msu.edu
T: (734) 663-75500
E: dnacht@nachtlaw.com
E: gretcher@nachtlaw.com