UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DR. HADDISH MELAKEBERHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES, DR. WILLIAM VANCE BAIRD, *in his official capacity*, and DR. MATTHEW DAUM, *in his official capacity*,<br><br>    Defendants. | Case No. 1:25-cv-126<br><br>Hon. Hala Y. Jarbou |

| | |
|---|---|
| David A. Nacht (P47034)<br>Grace Cathryn Cretcher<br>NACHTLAW, P.C.<br>Attorneys for Plaintiff<br>501 Avis Drive, Suite 3<br>Ann Arbor, MI 48108<br>T: (734) 663-75500<br>E: dnacht@nachtlaw.com<br>E: gretcher@nachtlaw.com | Matthew R. Daniels (P75601)<br>MSU Office of General Counsel<br>Attorney for Defendants<br>426 Auditorium Road, Room 494<br>East Lansing, MI 48823<br>T: (517) 353-4959<br>E: danie188@msu.edu |

**STIPULATION AND ORDER REGARDING DEADLINE TO RESPOND TO
PLAINTIFF'S AMENDED COMPLAINT FOR ALL DEFENDANTS**

The parties, by and through undersigned counsel, stipulate as follows:

1.     The deadline for Defendant, Michigan State University Board of Trustees and the newly added defendants, Dr. William Vance Baird in his official capacity and Dr. Matthew Daum in his official capacity, to respond to Plaintiff's Amended Complaint shall be Friday, June 27, 2025.

2.     This stipulation does not constitute a waiver of any claim, right, objection, or defense, including all immunity defenses.

IT IS ORDERED that the deadline for all defendants in the above-captioned matter to respond to Plaintiff's Amended Complaint is Friday, June 27, 2025. This order does not prejudice the parties hereto and in no way waives any claim, right, objection or defense, including any and all immunity defenses.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Hala Y. Jarbou

*s/ Grace Cretcher*

**\*Signed With Permission\***
Grace Cathryn Cretcher
NACHTLAW, P.C.
Attorneys for Plaintiff
501 Avis Drive, Suite 3
Ann Arbor, MI 48108
T: (734) 663-75500
E: dnacht@nachtlaw.com
E: gretcher@nachtlaw.com

Matthew R. Daniels (P75601)
MSU Office of General Counsel
Attorney for Defendants
426 Auditorium Road, Room 494
East Lansing, MI 48823
T: (517) 353-4959
E: danie188@msu.edu